# EXHIBIT "B"



"Crittenden Newsletter Team"
<ne@crittendennews.com>
06/06/2006 08:48 AM

To
cc
bcc
Subject  Crittenden's Insurance Markets for June 5, 2006

Attached is your Crittenden Newsletter. The newsletter attached to this e-mail is for the sole use of the individual recipient unless otherwise expressly permitted by a site license. All Crittenden newsletters are protected by copyright. It is illegal under federal law to make copies or faxes or to electronically reproduce a newsletter via e-mail, PDF or intranet without permission. You may not make copies from your electronic version of this newsletter, even for internal use within your own company. Violators risk criminal penalties and $150,000 in damages per work. **Crittenden reserves the right to attach tracking software to any and all issues of the newsletter(s) and to the e-mails that send them to you to monitor a recipient's compliance with any existing site license agreement and copyright laws. This software will report to Crittenden when the e-mail is opened and if the e-mail or the attached newsletter is forwarded to another computer. By opening the attached newsletter the user acknowledges and agrees to abide by these copyright laws and further acknowledges the existence of and consents to Crittenden's use of tracking software. If you are unwilling to consent, please notify us by return e-mail and return this e-mail and the attached newsletter to us.** Please contact our marketing department at 800 421 3483 to request reprints, inquire about permission to make copies or obtain site licenses for multiple subscriber access to our newsletters.

If you have any questions regarding your subscription please call (800) 421-3483 or e-mail market@crittendennews.com. Delivery is by noon Pacific time on the Friday prior to the publishing date. You need Adobe Reader v5.00 or better to view these documents.

Crittenden Research, Inc., makes every effort to ensure the accuracy of the information published in Crittenden newsletters. Crittenden Research, Inc. uses only those sources it determines are accurate and reliable, but no guaranty or warranty with regard to the information is made or implied. Information is subject to change. Crittenden Research, Inc. does not accept fees nor is it a business partner with any companies or firms mentioned in this publication.

The following newsletters are being e-mailed today with a publication date of June 5, 2006:

* AR   Apartment Report
* BD   Builders
* BR   Builders Report
* CR   Crittenden Report
* GB   Golf Business & Real Estate
* HT   Hotel/Lodging News
* IM   Insurance Markets
* MI   Medical Insurance
* PF   Pension Funds
* RB   Real Estate Buyers
* RR   Resort Report
* RT   Retail Space News
* SC   Specialty Coverages Insider

If you would like information on any newsletter that you do not currently subscribe to, please call Customer Service at (800) 421-3483 or email market@crittendenonline.com.

Crittenden Newsletter Team
Crittenden Publishing
Phone: 619-393-1830