# EXHIBIT "C"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

**TX 6-348-662**

EFFECTIVE DATE OF REGISTRATION
**JUN 1 6 2006**

APPLICATION RECEIVED
**JUN 1 6 2006**
ONE DEPOSIT RECEIVED
**JUN 1 6 2006**
EXAMINED BY
CORRESPONDENCE ☐

DO NOT WRITE ABOVE THIS LINE.

## 1

**TITLE ▼**  Crittenden's Insurance Markets    **ISSN ▼**

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 18 | 16 | January 3, 2005 | January 3, 2005 |
| 2. | 18 | 17 | January 10, 2005 | January 10, 2005 |
| 3. | 18 | 18 | January 17, 2005 | January 17, 2005 |
| 4. | 18 | 19 | January 24, 2005 | January 24, 2005 |
| 5. | 18 | 20 | January 31, 2005 | January 31, 2005 |
| 6. | 18 | 21 | February 7, 2005 | February 7, 2005 |
| 7. | 18 | 22 | February 14, 2005 | February 14, 2005 |
| 8. | 18 | 23 | February 21, 2005 | February 21, 2005 |
| 9. | 18 | 24 | February 28, 2005 | February 28, 2005 |
| 10. | 18 | 25 | March 7, 2005 | March 7, 2005 |
| 11. | 18 | 26 | March 14, 2005 | March 14, 2005 |
| 12. | 18 | 27 | March 21, 2005 | March 21, 2005 |
| 13. | | | | |
| 14. | | | | |

Identical ☑

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Crittenden Research, Inc. (author & copyright claimant)
45 Leveroni Court, Novato, CA 94949

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____    Typed or printed name: Tom Withers

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name: Marquette L. Gooch    Daytime telephone: 619-393-1830
Address (if other than given below) _____
Fax: 619-393-1800    Email: marquette@crittendennews.com

**DEPOSIT ACCOUNT**
Account number: DA 93051
Name of account: Crittenden Research, Inc.

Certificate will be mailed in window envelope to this address:

Name ▼ Marquette L. Gooch
Number/Street/Apt ▼ 3990 Old Town Avenue, Ste 300C
City/State/ZIP ▼ San Diego, CA 92110

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper    U.S. Government Printing Office: 2002-499-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-348-663

EFFECTIVE DATE OF REGISTRATION
JUN 16 2006

APPLICATION RECEIVED
JUN 16 2006

ONE DEPOSIT RECEIVED
JUN 16 2006

EXAMINED BY       CORRESPONDENCE ☐

---

DO NOT WRITE ABOVE THIS LINE.

**1** TITLE ▼  Crittenden's Insurance Markets     ISSN ▼

List in order of publication

| # | Volume | Number | Issue date on copies | Month, day, and year of publication |
|---|---|---|---|---|
| 1. | 18 | 28 | April 4, 2005 | April 4, 2005 |
| 2. | 18 | 29 | April 11, 2005 | April 11, 2005 |
| 3. | 18 | 30 | April 18, 2005 | April 18, 2005 |
| 4. | 18 | 31 | April 25, 2005 | April 25, 2005 |
| 5. | 18 | 32 | May 2, 2005 | May 2, 2005 |
| 6. | 18 | 33 | May 9, 2005 | May 9, 2005 |
| 7. | 18 | 34 | May 16, 2005 | May 16, 2005 |
| 8. | 18 | 35 | May 23, 2005 | May 23, 2005 |
| 9. | 18 | 36 | June 6, 2005 | June 6, 2005 |
| 10. | 18 | 37 | June 13, 2005 | June 13, 2005 |
| 11. | 18 | 38 | June 20, 2005 | June 20, 2005 |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

**2** NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Crittenden Research, Inc. (author & copyright claimant)
45 Leveroni Court, Novato, CA 94949

FOR NON-U.S. WORKS: Author's citizenship ▼     Domicile ▼     Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *T. Withers*     Typed or printed name  Tom Withers

PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM
Name  Marquette L. Gooch     Daytime telephone  619-393-1830
Address (if other than given below) _____
Fax  619-393-1800     Email  marquette@crittendennews.com

Certificate will be mailed in window envelope to this address:

Name ▼  Marquette L. Gooch
Number/Street/Apt ▼  3990 Old Town Avenue, Ste 300C
City/State/ZIP ▼  San Diego, CA 92110

DEPOSIT ACCOUNT
Account number  DA 93051
Name of account  Crittenden Research, Inc.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000   Web Rev: July 2002   Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/60,013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-348-664

EFFECTIVE DATE OF REGISTRATION
**JUN 16 2006**

APPLICATION RECEIVED
JUN 16 2006
ONE DEPOSIT RECEIVED
JUN 16 2006
EXAMINED BY
CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

### 1  TITLE ▼ — ISSN ▼

Crittenden's Insurance Markets

List in order of publication

| | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 18 | 39 | July 11, 2005 | July 11, 2005 |
| 2. | 18 | 40 | July 18, 2005 | July 18, 2005 |
| 3. | 18 | 41 | July 25, 2005 | July 25, 2005 |
| 4. | 18 | 42 | August 1, 2005 | August 1, 2005 |
| 5. | 19 | 1 | August 8, 2005 | August 8, 2005 |
| 6. | 19 | 2 | August 15, 2005 | August 15, 2005 |
| 7. | 19 | 3 | September 5, 2005 | September 5, 2005 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

### 2  NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Crittenden Research, Inc. (author & copyright claimant)
45 Leveroni Court, Novato, CA 94949

FOR NON-U.S. WORKS:  Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of this work identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *T Withers*    Typed or printed name  Tom Withers

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Marquette L. Gooch    Daytime telephone  619-393-1830
Address (if other than given below)
Fax  619-393-1800    Email  marquette@crittendennews.com

Certificate will be mailed in window envelope to this address:
Name ▼  Marquette L. Gooch
Number/Street/Apt ▼  3990 Old Town Avenue, Ste 300C
City/State/ZIP ▼  San Diego, CA 92110

**DEPOSIT ACCOUNT**
Account number  DA 93051
Name of account  Crittenden Research, Inc.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: July 2002—70,000  Web Rev: July 2002  Printed on recycled paper    U.S. Government Printing Office: 2002-496-605/60,018

Jun 06 2006 8:50AM    CRITTENDEN                    8585037789                    p.2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

REGIST.  TX 6-331-875

EFFECTIVE DATE OF REGISTRATION

**MAR 0 1 2006**

EXAMINED BY  CORRESPONDENCE ☐

---

**DO NOT WRITE ABOVE THIS LINE.**

## 1  TITLE ▼ — Crittenden's Insurance Markets    ISSN ▼

List in order of publication

| # | Volume | Number | Issue date on copies | Month, day, and year of publication |
|---|--------|--------|----------------------|-------------------------------------|
| 1. | 19 | 4 | September 12, 2005 | September 12, 2005 |
| 2. | 19 | 5 | September 19, 2005 | September 19, 2005 |
| 3. | 19 | 6 | September 26, 2005 | September 26, 2005 |
| 4. | 19 | 7 | October 3, 2005 | October 3, 2005 |
| 5. | 19 | 8 | October 10, 2005 | October 10, 2005 |
| 6. | 19 | 9 | October 17, 2005 | October 17, 2005 |
| 7. | 19 | 10 | October 24, 2005 | October 24, 2005 |
| 8. | 19 | 11 | October 31, 2005 | October 31, 2005 |
| 9. | 19 | 12 | November 7, 2005 | November 7, 2005 |
| 10. | 19 | 13 | November 14, 2005 | November 14, 2005 |
| 11. | 19 | 14 | November 21, 2005 | November 28, 2005 |
| 12. | 19 | 15 | December 5, 2005 | December 5, 2005 |
| 13. | | | | |
| 14. | | | | |

## 2  NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Crittenden Research, Inc. (author & copyright claimant)
45 Leveroni Court, Novato, CA 94949

**FOR NON-U.S. WORKS:** Author's citizenship ▼ United States    Domicile ▼ California, USA    Nation of publication ▼ United States of America

**CERTIFICATION:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complementary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _____    Typed or printed name  Tom Withers

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Marquette L. Gooch    Daytime telephone  619-393-1830
Address (if other than given below) _____

Fax  619-393-1890    Email  marquette@crittendennews.com

**Certificate will be mailed in window envelope to this address:**

Name ▼  Marquette L. Gooch
Number/Street/Apt ▼  3990 Old Town Avenue, Ste 300C
City/State/ZIP ▼  San Diego, CA 92110

**DEPOSIT ACCOUNT**
Account number _____
Name of account _____

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—20,000  Web Rev: July 2003  Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,018

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-349-853

EFFECTIVE DATE OF REGISTRATION

3-27-06

APPLICATION RECEIVED
MAR 27 2006

ONE DEPOSIT RECEIVED
MAR 27 2006

EXAMINED BY: TJH

CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1. TITLE ▼ / ISSN ▼

Crittenden's Insurance Markets

List in order of publication

| # | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|---|---|---|---|
| 1. | 19 | 16 | January 2, 2006 | January 2, 2006 |
| 2. | 19 | 17 | January 9, 2006 | January 9, 2006 |
| 3. | 19 | 18 | January 16, 2006 | January 16, 2006 |
| 4. | 19 | 19 | January 23, 2006 | January 23, 2006 |
| 5. | 19 | 20 | January 30, 2006 | January 30, 2006 |
| 6. | 19 | 21 | February 6, 2006 | February 6, 2006 |
| 7. | 19 | 22 | February 13, 2006 | February 13, 2006 |
| 8. | 19 | 23 | February 20, 2006 | February 20, 2006 |
| 9. | 19 | 24 | February 27, 2006 | February 27, 2006 |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |

## 2. NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼

Crittenden Research, Inc. (author & copyright claimant)
45 Leveroni Court, Novato, CA 94949

**FOR NON-U.S. WORKS:** Author's citizenship ▼    Domicile ▼    Nation of publication ▼

**CERTIFICATION*:** I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *T. Withers*
Typed or printed name: Tom Withers

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name: Marquette L. Gooch    Daytime telephone: 619-393-1830
Address (if other than given below):
Fax: 619-393-1800    Email: marquette@crittendennews.com

**Certificate will be mailed in window envelope to this address:**
Name ▼
Marquette L. Gooch
Number/Street/Apt ▼
3990 Old Town Avenue, Ste 300C
City/State/ZIP ▼
San Diego, CA 92110

**DEPOSIT ACCOUNT**
Account number
Name of account

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—70,000    Web Rev: July 2002    Printed on recycled paper    U.S. Government Printing Office: 2002-496-605/60,019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SE/Group**
UNITED STATES COPYRIGHT OFFICE

TX 6-353-984

EFFECTIVE DATE OF REGISTRATION
**MAY 0 2 2006**

APPLICATION RECEIVED
MAY - 2 2006
ONE DEPOSIT RECEIVED
MAY - 2 2006
EXAMINED BY
CORRESPONDENCE ☐

**DO NOT WRITE ABOVE THIS LINE.**

## 1

**TITLE ▼**  Crittenden's Insurance Markets         **ISSN ▼** Applying for

List in order of publication

| # | Volume ▼ | Number ▼ | Issue date on copies ▼ | Month, day, and year of publication ▼ |
|---|----------|----------|------------------------|----------------------------------------|
| 1. | 19 | 25 | March 6, 2006 | March 6, 2006 |
| 2. | 19 | 26 | March 13, 2006 | March 13, 2006 |
| 3. | 19 | 27 | March 20, 2006 | March 20, 2006 |
| 4. | 19 | 28 | March 27, 2006 | March 27, 2006 |
| 5. | 19 | 29 | April 3, 2006 | April 3, 2006 |
| 6. | 19 | 30 | April 10, 2006 | April 10, 2006 |
| 7. | 19 | 31 | April 24, 2006 | April 24, 2006 |

## 2

**NAME AND ADDRESS OF THE AUTHOR/COPYRIGHT CLAIMANT IN THESE COLLECTIVE WORKS MADE FOR HIRE ▼**

Crittenden Research, Inc. (author & copyright claimant)
45 Leveroni Court, Navato, CA 94949

FOR NON-U.S. WORKS: Author's citizenship ▼   Domicile ▼   Nation of publication ▼

**CERTIFICATION**: I, the undersigned, hereby certify that I am the copyright claimant or the authorized agent of the copyright claimant of the works identified in this application, that all the conditions specified in the instructions on the back of this form are met, that I have deposited two complimentary subscription copies with the Library of Congress, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Thomas Withers*   Typed or printed name  Tom Withers

**PERSON TO CONTACT FOR CORRESPONDENCE ABOUT THIS CLAIM**
Name  Marquette L. Gooch                    Daytime telephone  619-393-1830
Address (if other than given below)
Fax  619-393-1800          Email  marquette@crittendennews.com

Certificate will be mailed in window envelope to this address:

Name ▼  Marquette L. Gooch
Number/Street/Apt ▼  3990 Old Town Avenue, Ste 300C
City/State/ZIP ▼  San Diego, CA 92110

DEPOSIT ACCOUNT
Account number  DA 93051
Name of account  Crittenden Research, Inc.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—70,000   Web Rev: July 2003   Printed on recycled paper            U.S. Government Printing Office: 2003-496-605/60,019