# EXHIBIT "D"

## Exhibit D
### *Crittenden's Insurance Markets* - Copyright Registrations

| Volume | Number | Month, Day, and Year of Publication | Filing Date | Registration Date |
|---|---|---|---|---|
| 18 | 16 | January 3, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 17 | January 10, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 18 | January 17, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 19 | January 24, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 20 | January 31, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 21 | February 7, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 22 | February 14, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 23 | February 21, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 24 | February 28, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 25 | March 7, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 26 | March 14, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 27 | March 21, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 28 | April 4, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 29 | April 11, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 30 | April 18, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 31 | April 25, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 32 | May 2, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 33 | May 9, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 34 | May 16, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 35 | May 23, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 36 | June 6, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 37 | June 13, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 38 | June 20, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 39 | July 11, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 40 | July 18, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 41 | July 25, 2005 | June 16, 2006 | June 16, 2006 |
| 18 | 42 | August 1, 2005 | June 16, 2006 | June 16, 2006 |
| 19 | 1 | August 8, 2005 | June 16, 2006 | June 16, 2006 |
| 19 | 2 | August 15, 2005 | June 16, 2006 | June 16, 2006 |
| 19 | 3 | September 5, 2005 | June 16, 2006 | June 16, 2006 |
| 19 | 4 | September 12, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 5 | September 19, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 6 | September 26, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 7 | October 3, 2005 | February 21, 2006 | March 1, 2006 |

| Volume | Number | Month, Day, and Year of Publication | Filing Date | Registration Date |
|---|---|---|---|---|
| 19 | 8 | October 10, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 9 | October 17, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 10 | October 24, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 11 | October 31, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 12 | November 7, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 13 | November 14, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 14 | November 28, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 15 | December 5, 2005 | February 21, 2006 | March 1, 2006 |
| 19 | 16 | January 2, 2006 | March 20, 2006 | March 27, 2006 |
| 19 | 17 | January 9, 2006 | March 20, 2006 | March 27, 2006 |
| 19 | 18 | January 16, 2006 | March 20, 2006 | March 27, 2006 |
| 19 | 19 | January 23, 2006 | March 20, 2006 | March 27, 2006 |
| 19 | 20 | January 30, 2006 | March 20, 2006 | March 27, 2006 |
| 19 | 21 | February 6, 2006 | March 20, 2006 | March 27, 2006 |
| 19 | 22 | February 13, 2006 | March 20, 2006 | March 27, 2006 |
| 19 | 23 | February 20, 2006 | March 20, 2006 | March 27, 2006 |
| 19 | 24 | February 27, 2006 | March 20, 2006 | March 27, 2006 |
| 19 | 25 | March 6, 2006 | May 2, 2006 | May 2, 2006 |
| 19 | 26 | March 13, 2006 | May 2, 2006 | May 2, 2006 |
| 19 | 27 | March 20, 2006 | May 2, 2006 | May 2, 2006 |
| 19 | 28 | March 27, 2006 | May 2, 2006 | May 2, 2006 |
| 19 | 29 | April 3, 2006 | May 2, 2006 | May 2, 2006 |
| 19 | 30 | April 10, 2006 | May 2, 2006 | May 2, 2006 |
| 19 | 31 | April 24, 2006 | May 2, 2006 | May 2, 2006 |